## GEORGE B. LARNED *versus* HENRY O. BRONSON

JOURNAL ENTRIES (1818): *Journal 2:* (1) Attendance and mileage ordered paid *p. 587; (2) judgment *p. 616.

PAPERS IN FILE: (1) Capias and return; (2) affidavit for attachment, precipe; (3) attachment bond; (4) writ of attachment and return; (5) declaration; (6) promissory note; (7) statement of accounts.

*Office Docket,* MS p. 66, cases 1 and 2.

## SAMUEL PARSHALL *versus* EDWARD BIDDLE

JOURNAL ENTRIES (1818–19): *Journal 2:* (1) Recognizance *p. 587; (2) rule to declare, continued *p. 599; (3) declaration filed *p. 656; (4) cognovit, judgment *p. 664.

PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) promissory note.

*Office Docket,* MS p. 63, c. 1.

## EZRA YOUNGLOVE *versus* CHARLES RÉAUME

JOURNAL ENTRIES (1818–23): *Journal 2:* (1) Recognizance *p. 588; (2) rule to declare *p. 588; (3) rule to declare, continued *p. 675. *Journal 3:* (4) Continued *p. 71; (5) continued *p. 157; (6) death of defendant suggested *p. 286; (7) abated *p. 390.

PAPERS IN FILE: (1) Affidavit for bail, allowance, precipe for capias; (2) capias and return; (3) deposition of Robert Dickson; (4) declaration; (5) plea of not guilty.

*Office Docket,* MS p. 54, c. 1.